# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2803
LT Case No. 05-2023-CF-015238-A

_____

DONOVAN TYLER ADKINS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Brevard County.
Kathryn M. Speicher, Judge.

Matthew J. Metz, Public Defender, and Victoria R. Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

April 16, 2026


PER CURIAM.

   AFFIRMED.


MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____